**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and Address)*: | FOR COURT USE ONLY |
|---|---|
| Ben M. Harrington | SBN: 313877<br>Hagens Berman Sobol Shapiro, LLP<br>715 Hearst Avenue, Suite 202  Berkeley, CA 94710 | |
| TELEPHONE NO.: (510) 725-3000 | FAX NO. (510) 725-3001 | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: : | |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

| PLAINTIFF: SOCIÉTÉ DU FIGARO, SAS, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT: APPLE INC. | 4:22-cv-04437-HSG |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>5359550 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER REASSIGNING CASE; ECF REGISTRATION INFORMATION; STANDING ORDER; CIVIL PRETRIAL AND TRIAL STANDING ORDER FOR CASES BEFORE DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.; APPENDIX ACHRONOLOGICAL SUMMARY OF PRETRIAL EXCHANGES AND SUBMISSIONS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

3. a. Party served *(specify name of party as shown on documents served)*:
   **APPLE INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **C T CORPORATION SYSTEM - AGENT FOR SERVICE - DAISY M. - INTAKE CLERK**

   | Age: 35 | Weight: 180 | Hair: BLACK | Sex: Female |
   |---|---|---|---|
   | Height: 5`6 | Eyes: | Race: HISPANIC | |

4. Address where the party was served: **330 N Brand Blvd Ste 700**
   **Glendale, CA 91203**

5. I served the party
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/8/2022**  (2) at *(time):* **11:23 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):* from *(city):*  **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/189062**

| PETITIONER: SOCIÉTÉ DU FIGARO, SAS, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: APPLE INC. | 4:22-cv-04437-HSG |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                             (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                             ☐ other:

7. **Person who served papers**
   a. Name: **ERIC WILKINS - VERITEXT**
   b. Address: **633 EAST COLONIAL DRIVE  ORLANDO, FL 32803**
   c. Telephone number: **(800) 275-7991**
   d. The fee for service was:
   e. I am:

    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner    ☐ employee    ☑ independent contractor.
        (ii) Registration No.: **2012208220**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/9/2022**

**VERITEXT**
**633 EAST COLONIAL DRIVE**
**ORLANDO, FL 32803   | (800) 275-7991**

**ERIC WILKINS**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ *E. Wilkins* (signature)