CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice* forthcoming)
    crichman@gibsondunn.com
VICTORIA C. GRANDA (D.C. Bar No.
1673034; *pro hac vice* forthcoming)
    vgranda@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

DANIEL G. SWANSON (SBN 116556)
    dswanson@gibsondunn.com
DANA LYNN CRAIG (SBN 251865)
    dcraig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

CAELI A. HIGNEY (SBN 268644)
    chigney@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
    elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:  415.393.8306


*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>             Plaintiffs,<br><br>       v.<br><br>APPLE INC., a California corporation,<br><br>             Defendant. | CASE NO. 4:22-cv-04437-HSG<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)**<br><br>_____<br><br>The Honorable Haywood S. Gilliam |

1   Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, and le GESTE (collectively,

2   "Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys of

3   record herein and without waiving any rights, claims, or defenses they may have in this action,

4   enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following

5   circumstances:

6   WHEREAS, Plaintiffs filed their Class Action Complaint ("Complaint") on August 1,

7   2022;

8   WHEREAS, Apple was served with the Complaint on August 8, 2022;

9   WHEREAS, absent an extension, Apple's deadline to answer or otherwise respond to the

10   complaint is August 29, 2022;

11   WHEREAS, on August 18, 2022, pursuant to N.D. Cal. Civil L.R. 3-12(a), Plaintiffs

12   moved to relate this action to *In re Apple iPhone Antitrust Litigation*, N.D. Cal. No. 4:11-cv-

13   06714-YGR, and Apple did not oppose that motion;

14   WHEREAS, the Parties have met and conferred and Plaintiffs have agreed to extend

15   Apple's August 29, 2022 deadline until October 28, 2022 in light of competing deadlines;

16   WHEREAS, the Parties also agreed that Plaintiffs' deadline to oppose any motion to

17   dismiss filed by Apple shall be extended to December 16, 2022 and the deadline for Apple to file

18   a reply in support of any motion to dismiss shall be extended to January 10, 2023;

19   WHEREAS, such an extension will not alter any event or deadline already fixed by Court

20   order;

21   THEREFORE, the Parties, through their counsel, hereby stipulate:

22   1.   Apple will answer or otherwise respond to the Complaint on or before October 28,

23   2022.

24   2.   Plaintiffs will file any opposition to a motion to dismiss the Complaint on or before

25   December 16, 2022.

26   3.   Apple will file any reply in support of a motion to dismiss the Complaint on or

27   before January 10, 2023.

28

1    **IT IS SO STIPULATED.**

2    //

3    //

     Dated:  August 23, 2022                    GIBSON, DUNN & CRUTCHER LLP
4
                                                 Daniel G. Swanson
5                                                Cynthia E. Richman
                                                 Caeli A. Higney
6                                                Dana Lynn Craig
                                                 Eli M. Lazarus
7                                                Victoria C. Granda

8
                                                 By: */s/ Caeli A. Higney*
9                                                    Caeli A. Higney
                                                     555 Mission Street
10                                                   San Francisco, CA 94105
                                                     Telephone:  415.393.8200
11                                                   Facsimile:  415.393.8306

12
                                                 *Attorneys for Defendant Apple Inc.*
13

14
     Dated:  August 23, 2022                    HAGENS BERMAN SOBOL SHAPIRO LLP
15
                                                 Steve W. Berman
16                                               Robert F. Lopez
                                                 Ben Harrington
17                                               Abigail D. Pershing

18
                                                 By: */s/ Steve W. Berman*
19                                                   Steve W. Berman
                                                     1301 Second Avenue, Suite 2000
20                                                   Seattle, WA 98101
                                                     Telephone:  206.623.0594
21

22
                                                 *Attorneys for Plaintiffs Société du Figaro, SAS,*
23                                                   *L'Équipe 24/24 SAS, and le GESTE*

24

25

26

27

28

1

**ECF SIGNATURE ATTESTATION**

2

      In accordance with Local Rule 5-1, the filer of this document hereby attests that the

3

concurrence of the filing of this document has been obtained from the other signatories hereto.

4

5

Dated: August 23, 2022          GIBSON, DUNN & CRUTCHER LLP

6

          By: */s/ Caeli A. Higney*

7

          Caeli A. Higney
          Attorneys for Defendant Apple Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28