| | |
|---|---|
| CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice forthcoming*)<br>  crichman@gibsondunn.com<br>VICTORIA C. GRANDA (D.C. Bar No. 1673034; *pro hac vice forthcoming*)<br>  vgranda@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile:  (202) 467-0539<br><br>DANIEL G. SWANSON (SBN 116556)<br>  dswanson@gibsondunn.com<br>DANA LYNN CRAIG (SBN 251865)<br>  dcraig@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile:  (213) 229-7520 | CAELI A. HIGNEY (SBN 268644)<br>  chigney@gibsondunn.com<br>ELI M. LAZARUS (SBN 284082)<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile:  (415) 393-8306<br><br>*Attorneys for Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | Case No. 4:22-cv-04437-HSG<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>Complaint Filed:  November 12, 2021<br>Trial Date:  None Set |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Eli M. Lazarus of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 284082) and admitted to practice in this Court, hereby enters his appearance on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Apple Inc. His contact information is as follows:

> ELI M. LAZARUS (SBN 284082)
> elazarus@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street
> San Francisco, CA 94105
> Telephone:   (415) 393-8200
> Facsimile:    (415) 393-8306

DATED:  August 23, 2022                          GIBSON, DUNN & CRUTCHER LLP


By:     /s/ Eli M. Lazarus
                Eli M. Lazarus

*Attorneys for Apple Inc.*