UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,

Plaintiff(s),

v.

APPLE INC., a California corporation,

Defendant(s).

Case No. 4:22-cv-04437-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Cynthia E. Richman, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Caeli A. Higney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268644.

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W., Washington, DC<br>MY ADDRESS OF RECORD | Gibson, Dunn & Crutcher LLP<br>555 Mission Street, San Francisco, CA 94105-0921<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 955-8500<br>MY TELEPHONE # OF RECORD | (415) 393-8200<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| CRichman@gibsondunn.com<br>MY EMAIL ADDRESS OF RECORD | CHigney@gibsondunn.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 492089.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __2__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2022                                             Cynthia E. Richman
                                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Cynthia E. Richman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/25/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Cynthia E Richman*

was duly qualified and admitted on April 4, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 26,
2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.