CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
VICTORIA C. GRANDA (D.C. Bar No. 1673034; *pro hac vice*)
vgranda@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
DANA LYNN CRAIG (SBN 251865)
dcraig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Apple Inc.*

CAELI A. HIGNEY (SBN 268644)
chigney@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,

Plaintiffs,

v.

APPLE INC., a California corporation,

Defendant.

CASE NO. 4:22-cv-04437-YGR

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A) AND FOR MOTION TO DISMISS BRIEFING PURSUANT TO CIVIL LOCAL RULE 6-2(A)**

The Honorable Yvonne Gonzalez Rogers

Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, and le GESTE (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they may have in this action, enter into this Stipulation pursuant to Civil Local Rules 6-1(a) and 6-2(a), with reference to the following circumstances:

WHEREAS, Plaintiffs filed their Class Action Complaint ("Complaint") on August 1, 2022;

WHEREAS, Apple was served with the Complaint on August 8, 2022;

WHEREAS, absent an extension, Apple's deadline to answer or otherwise respond to the complaint was August 29, 2022;

WHEREAS, absent an extension, Plaintiffs' opposition to any motion to dismiss would be due 14 days after the motion is filed, and Apple's reply in support of any motion to dismiss would be due 7 days after the opposition filing deadline, *see* N.D. Cal. Civil L.R. 7-3(a) & (c);

WHEREAS, on September 2, 2022, the Court granted Plaintiffs' motion, pursuant to N.D. Cal. Civil L.R. 3-12(a), to relate this action to *In re Apple iPhone Antitrust Litigation*, N.D. Cal. No. 4:11-cv-06714-YGR, which Apple did not oppose;

WHEREAS, on September 6, 2022, this action was reassigned to District Judge Yvonne Gonzalez Rogers;

WHEREAS, the Parties, out of an abundance of caution, refile this Stipulation, previously filed on August 23, 2022 with District Judge Haywood Gilliam, in light of the reassignment;

WHEREAS, the Parties have met and conferred and Plaintiffs have agreed to extend Apple's August 29, 2022 deadline until October 28, 2022 in light of competing deadlines;

WHEREAS, the Parties also agreed to extend Plaintiffs' deadline to oppose any motion to dismiss filed by Apple to December 16, 2022 and the deadline for Apple to file a reply in support of any motion to dismiss to January 10, 2023 in light of competing deadlines;

WHEREAS, such an extension will not alter any event or deadline already fixed by Court order;

THEREFORE, the Parties, through their counsel, hereby stipulate and request that Court grant an order setting the following deadlines:

1. Apple will answer or otherwise respond to the Complaint on or before October 28, 2022.

2. Plaintiffs will file any opposition to a motion to dismiss the Complaint on or before December 16, 2022.

3. Apple will file any reply in support of a motion to dismiss the Complaint on or before January 10, 2023.

**IT IS SO STIPULATED.**

Dated: September 9, 2022

GIBSON, DUNN & CRUTCHER LLP
Daniel G. Swanson
Cynthia E. Richman
Caeli A. Higney
Dana Lynn Craig
Eli M. Lazarus
Victoria C. Granda

By: */s/ Caeli A. Higney*
Caeli A. Higney
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

Dated: September 9, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Robert F. Lopez
Ben Harrington
Abigail D. Pershing

By: */s/ Steve W. Berman*
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.623.0594

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, and le GESTE*

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: September 9, 2022            GIBSON, DUNN & CRUTCHER LLP

                                                 By: */s/ Caeli A. Higney*
                                                    Caeli A. Higney
                                                    Attorneys for Defendant Apple Inc.