UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | Case No. 4:22-cv-04437-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A) AND FOR MOTION TO DISMISS BRIEFING PURSUANT TO CIVIL LOCAL RULE 6-2(A)** |

Considering the Stipulation for Extension of Time for Defendant Apple Inc. to Answer or Otherwise Respond to Complaint Pursuant to Civil Local Rule 6-1(A) and for Motion to Dismiss Briefing Pursuant to Civil Local Rule 6-2(A);

The Court GRANTS the Parties' request to extend briefing deadlines for any motion to dismiss the Class Action Complaint, beyond those provided by N.D. Cal. Civil L.R. 7-3(a) & (c). The Parties' deadlines are as follows:

1. As stipulated, Defendant Apple Inc. will answer or otherwise respond to the Class Action Complaint on or before October 28, 2022.

2. Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, and le GESTE will file an opposition to any motion to dismiss the Class Action Complaint on or before December 16, 2022.

3. Defendant Apple Inc. will file a reply in support of any motion to dismiss the Class Action Complaint on or before January 10, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge