1  Steve W. Berman (*pro hac vice*)
   Robert F. Lopez (*pro hac vice*)
2  Abigail D. Pershing (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
4  Telephone: (206) 623-7292
   Facsimile:  (206) 623-0594
5  steve@hbsslaw.com
   robl@hbsslaw.com
6  abigailp@hbsslaw.com

7
   Ben M. Harrington (SBN 313877)
8  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
9  Berkeley, CA 94710
   Telephone: (510) 725-3000
10 Facsimile:  (510) 725-3001
   benh@hbsslaw.com
11

12 *Attorneys for Plaintiffs Société du Figaro, SAS,
   L'Équipe 24/24 SAS, le GESTE, and the*
13 *Proposed Classes*

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

| | |
|---|---|
| 18  SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. 4:22-cv-04437-YGR<br><br>PLAINTIFF L'ÉQUIPE 24/24 SAS'S CORPORATE DISCLOSURE STATEMENT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff L'Équipe 24/24 SAS discloses that its ultimate parent entity is Les Editions P. Amaury SA.

Pursuant to Civil L.R. 3-15, the undersigned certifies with respect to plaintiff L'Équipe 24/24 SAS that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Les Editions P. Amaury SA (parent entity with financial interest).

DATED: September 16, 2022

Respectfully submitted,

By    */s/ Steve W. Berman*
      Steve W. Berman (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Abigail D. Pershing (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
abigailp@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, le GESTE, and the Proposed Classes*