Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Abigail D. Pershing (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
abigailp@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
benh@hbsslaw.com

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, le GESTE, and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | No. 4:22-cv-04437-YGR<br><br>PLAINTIFF SOCIÉTÉ DU FIGARO, SAS'S CORPORATE DISCLOSURE STATEMENT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15<br><br>Hon. Yvonne Gonzalez Rogers |

011083-11/2027589 V1

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff Société du Figaro, SAS, discloses
2  that its parent entity is Groupe Industriel Marcel Dassault.
3  Pursuant to Civil L.R. 3-15, the undersigned certifies with respect to plaintiff Société du
4  Figaro, SAS, that the following listed persons, associations of persons, firms, partnerships,
5  corporations (including parent corporations), or other entities (i) have a financial interest in the
6  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in
7  that subject matter or in a party that could be substantially affected by the outcome of this
8  proceeding: Groupe Industriel Marcel Dassault (parent entity with financial interest).

DATED: September 16, 2022

Respectfully submitted,

By     /s/ Steve W. Berman
      Steve W. Berman (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Abigail D. Pershing (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
abigailp@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, le GESTE, and the Proposed Classes*