```
Steve W. Berman (pro hac vice)
Robert F. Lopez (pro hac vice)
Abigail D. Pershing (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
abigailp@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
benh@hbsslaw.com
```

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, le GESTE, and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>                                    Defendant. | No. 4:22-cv-04437-YGR<br><br>PLAINTIFF LE GESTE CORPORATE DISCLOSURE STATEMENT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15<br><br>Hon. Yvonne Gonzalez Rogers |

011083-11/2027588 V1

Pursuant to Federal Rule of Civil Procedure 7.1(a), LE GESTE discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the undersigned parties, there is no interest to report.

DATED: September 16, 2022         Respectfully submitted,

By     */s/ Steve W. Berman*
      Steve W. Berman (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Abigail D. Pershing (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
abigailp@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
benh@hbsslaw.com

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, le GESTE, and the Proposed Classes*