| | |
|---|---|
| CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*) <br> crichman@gibsondunn.com <br> VICTORIA C. GRANDA (D.C. Bar No. 1673034; *pro hac vice*) <br> vgranda@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5306 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 <br><br> DANIEL G. SWANSON (SBN 116556) <br> dswanson@gibsondunn.com <br> DANA LYNN CRAIG (SBN 251865) <br> dcraig@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Telephone: 213.229.7000 <br> Facsimile: 213.229.7520 | CAELI A. HIGNEY (SBN 268644) <br> chigney@gibsondunn.com <br> ELI M. LAZARUS (SBN 284082) <br> elazarus@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 555 Mission Street <br> San Francisco, CA 94105 <br> Telephone: 415.393.8200 <br> Facsimile: 415.393.8306 <br><br> *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 4:22-cv-04437-YGR <br><br> **DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** <br><br> --- <br><br> The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Apple Inc. discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

//

//

Dated: September 19, 2022       GIBSON, DUNN & CRUTCHER LLP

Daniel G. Swanson
Cynthia E. Richman
Caeli A. Higney
Dana Lynn Craig
Eli M. Lazarus
Victoria C. Granda

By: */s/ Caeli A. Higney*
Caeli A. Higney
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

1

DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO 4:22-CV-04437-YGR