# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/7/2022 | **Time:** 2:16 – 2:26 | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-cv-04437-YGR | **Case Name:** Societe du Figaro, SAS v. Apple Inc. | |

**Attorneys for Plaintiffs:** Steve W. Berman, Robert Lopez
**Attorney for defendant:** Caeli Higney, Cynthia Richman

**Deputy Clerk:** Aris Garcia                **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Initial Case Management Conference - Held via Zoom

**Plaintiff exercises right to amend pleadings by 12/2/2022**
**Motion to dismiss due by 1/20/2023**
**Opposition due by 2/10/2023**
**Reply due by 2/24/2023**
**Hearing on Motion to Dismiss set for 3/14/2023 at 2:00 p.m. in person.**
**Plaintiffs allowed to conduct narrow discovery on motion to dismiss topics.**