**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SOCIETE DU FIGARO, SAS, ET AL.,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**APPLE INC.,**<br><br>    Defendant. | Case No.: 4:22-CV-04437-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Local Rule 72-1 this matter is **REFERRED** to a Magistrate Judge Thomas S. Hixson for all discovery matters.

Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures. The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures. Information may also be available on the Court's website.

**IT IS SO ORDERED**.

Dated: December 20, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email; Magistrate Judge Hixson