UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE DU FIGARO, SAS, et al., | Case No. 22-cv-04437-YGR   (TSH) |
| Plaintiffs, | |
| v. | **NOTICE OF REFERRAL FOR DISCOVERY** |
| APPLE INC., | |
| Defendant. | |

This case has been referred to the undersigned magistrate judge for all discovery-related matters.  For any pending matters at the time of referral, the Court will issue a separate order.  For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at

https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: December 21, 2022

THOMAS S. HIXSON
United States Magistrate Judge