CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
   crichman@gibsondunn.com
VICTORIA C. GRANDA (D.C. Bar No. 1673034; *pro hac vice*)
   vgranda@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

DANIEL G. SWANSON (SBN 116556)
   dswanson@gibsondunn.com
DANA LYNN CRAIG (SBN 251865)
   dcraig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
   chigney@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
   elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>            Defendant. | CASE NO. 4:22-cv-04437-YGR<br><br>**DECLARATION OF CAELI A. HIGNEY IN SUPPORT OF APPLE INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>**Hearing:**<br>Date:    March 14, 2023<br>Time:   2:00 p.m.<br>Place:   Courtroom 1<br>Judge:  Hon. Yvonne Gonzalez Rogers |

I, CAELI A. HIGNEY, declare as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Apple Inc. ("Apple") in the above-captioned case. I make this declaration in support of Apple's concurrently filed request for judicial notice. I have personal knowledge of the facts stated in this declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the August 1, 2022 press release *France-Based iOS Developers Team up with U.S. Firm Hagens Berman in Antitrust Class-Action Lawsuit Against Apple's App Store Fees* published by Bloomberg. I accessed this press release on January 20, 2023 at the web address https://www.bloomberg.com/press-releases/2022-08-01/france-based-ios-developers-team-up-with-u-s-firm-hagens-berman-in-antitrust-class-action-lawsuit-against-apple-s-app-store.

3. Attached hereto as **Exhibit B** is a true and correct copy of the September 6, 2022 press release "Why a French association of developers together with two of the highest profile press publishers – le Figaro and l'Equipe, filed a class action against Apple in the US?" on the website of plaintiff le GESTE. I accessed this press release on January 20, 2023 at the web address https://geste.fr/les-raison-de-la-class-action-geste-le-figaro-lequipe-contre-apple-aux-etats-unis.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Order Concerning Defendant Apple Inc.'s Demurrer to Plaintiffs' Complaint, entered on February 4, 2022, in *Beverage v. Apple Inc.*, Case No. 20CV370535 (Cal. Sup. Ct., Santa Clara Cnty).

5. Attached hereto as **Exhibit D** is a true and correct copy of the Order Concerning Defendant Apple Inc.'s Demurrer to Plaintiffs' Second Amended Complaint, entered on August 29, 2022, in *Beverage v. Apple Inc.*, Case No. 20CV370535 (Cal. Sup. Ct., Santa Clara Cnty).

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on this 20th day of January, 2023, in San Francisco, California.

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Caeli A. Higney
Caeli A. Higney

**ATTORNEY ATTESTATION**

I, Cynthia E. Richman, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: January 20, 2023

                                        GIBSON, DUNN & CRUTCHER LLP

                              By:  */s/ Cynthia E. Richman*

                                    Cynthia E. Richman
                                    1050 Connecticut Avenue, N.W.
                                    Washington, DC 20036-5306
                                    Telephone: 202.955.8500
                                    Facsimile: 202.467.0539