# EXHIBIT B



# 06 Sep Why a French association of developers together with two of the highest profile press publishers – le Figaro and l'Equipe, filed a class action against Apple in the US ? // Les raisons de la class action GESTE – Le Figaro – L'Equipe contre Apple aux Etats-Unis

POSTÉ À 16:23H DANS ACTUS, LES NEWS PAR GESTE

## EN Version

**Press release – September 6th, 2022**

On August 1st, Le Geste, Le Figaro and L'Equipe represented by their antitrust counsel Fayrouze Masmi-Dazi in

Why a French association of developers together with two of the highest profile press publishers – le Figaro and l'Équipe, filed a class action against Apple in the U...

Case 4:22-cv-04437-YGR   Document 62-3   Filed 01/20/23   Page 3 of 6

association with US lawyer Steve Berman (Hagens Berman) filed an antitrust class action lawsuit against Apple App Store fees and excessively restrictive rules before the Californian tribunal.

This action, in its conception and scope, is totally unprecedented.

Fayrouze Masmi-Dazi is GESTE's Competition Counsel and is notably in charge of two high profile ongoing cases against Apple before the French Competition Authority. For more information.

Hagens Berman is the US law firm that obtained in August 2021, a financial settlement of 100 million dollars for 66,000 American iOS developers and the change of certain practices on the app store before the same jurisdiction (small business program, 15% commission, increase in price levels, transparency on conditions etc…).

For many years, Le GESTE has been denouncing Apple's practices on its app store, and in particular criticizes the American firm for acting as a « disintermediator » between the publisher and its readership thereby capturing the value and securing an excessively high level of anachronistic commission.

In October 2020, Le GESTE had questioned Tim Cook through an open letter co-signed by 9 associations of publishers.

In 2021 and 2022, Le GESTE amplified its fight by filing 2 successive complaints against Apple before the French Competition Authority. The first one, dated November 2021, is a generic complaint about the excessive restrictions imposed by Apple on publishers in its app store (see the PR), followed, a few months later, by a complaint focused on the ATT. This last one was added to the one filed by the IAB France, SRI, MMA and UDECAM, which was under on-going investigation on the merits (see the PR), and thus brought a major point of view, that of the publishers.

The new class action filed by Le GESTE, Le Figaro and L'Équipe, is now before a Californian judge.Despite the multiplication of international complaints and the adoption of new regulations (DMA in Europe, law in South Korea), Apple's global policy has been maintained. Moreover, the company has unilaterally introduced new changes to its rules that are detrimental to the market. The lawsuit seeks financial redress and structural changes to the App Store rules.

« *Le GESTE and its members are indeed at the forefront of several initiatives and fights for a more balanced and fairer functioning of the digital world in France and Europe. By its nature and scope, our action in the US shows our determination to obtain such changes and redress*, » said Bertrand Gié, Le GESTE president and head of digital at Le Figaro, and Emmanuel Alix, Le GESTE vice president and Head of digital at L'Équipe.

This action is the result of an unprecedented international cooperation that allowed building solid bridges to reach an effective and efficient outcome for publishers and the market. In all hypothesis, we estimate that the damage that French publishers would have collectively suffered would amount to more than one billion euros.

« *To problems generated by the same rules, unilaterally imposed by the same operator who pilots the App Store in a global and centralized way, a global solution is needed. This is the meaning of the unprecedented transatlantic association that we have formed with Steve Berman, with the aim of finding a global solution and leaving no room for impunity*, » says Fayrouze Masmi-Dazi, counsel to GESTE, Le Figaro and L'Équipe.

Why a French association of developers together with two of the highest profile press publishers – le Figaro and l'Equipe, filed a class action against Apple in the U...

Case 4:22-cv-04437-YGR   Document 62-3   Filed 01/20/23   Page 4 of 6

Steve Berman, Managing Partner of Hagens Berman said, *"we're fresh off the heels of our hard-won settlement with Apple and ready to get back in the ring. Our firm is happy to see iOS developers from other countries seeking the same justice we were able to achieve for U.S. developers. We believe they too have been wrongfully subjected to the stifling policies of Apple's App Store, and we intend to hold Apple to the law*."

The impact of the upcoming rulings will be global – both on the admissibility and the merits of the case, as the action by GESTE, Le Figaro and L'Equipe opens the door to all publishers worldwide for the first time. The first big step looking forward is admissibility of the class action filed.

Until now, litigation against Apple in the United States has been initiated by businesses or consumers, unlike Google, which has been sued by a group of U.S. prosecutors for several months in the online advertising markets. Lately, the U.S. Department of Justice (DoJ) is said to be considering prosecution against Apple by the end of 2022. This would mark a new turning point in the American approach to Apple's practices and a significant strengthening of the pressure on this operator to change its rules should this be the case.

The coming months will therefore be decisive and full of twists and turns, both in the United States and in France, not to mention the upcoming implementation of the DMA.

Contact : laure@geste.fr, carole@geste.fr

# Version FR

**Communiqué de presse – 6 septembre 2022**

Le 1er août dernier, Le GESTE, le Figaro et l'Équipe, accompagnés de leur conseil Maître Fayrouze Masmi-Dazi, en association avec Maître Steve Berman du cabinet américain Hagens Berman, ont déposé plainte dans le cadre d'une action collective antitrust contre les abus anticoncurrentiels mis en oeuvre par Apple dans l'App Store devant le juge californien.

**Cette action dans sa conception et son ampleur est totalement inédite.**

> Maître Fayrouze Masmi-Dazi est le Conseil *Concurrence* du GESTE et a notamment en charge deux dossiers en cours contre Apple devant l'Autorité de la concurrence française. Pour en savoir plus. Hagens Berman est le cabinet qui a obtenu en Août 2021, un accord transactionnel financier de 100 millions de dollars pour 66 000 développeurs iOS américains et le changement de certaines pratiques sur l'app store devant la même juridiction (small business program, commission à 15%, augmentation des paliers tarifaires, transparence sur les conditions etc…).

Depuis de nombreuses années, le GESTE dénonce les pratiques d'Apple sur son store et reproche notamment à la firme américaine de se conduire comme un "désintermédiateur" entre l'éditeur et son lectorat dans le but de capter la valeur et sécuriser un niveau de commission anachronique excessivement élevé.

Why a French association of developers together with two of the highest profile press publishers – le Figaro and l'Equipe, filed a class action against Apple in the U...

Case 4:22-cv-04437-YGR   Document 62-3   Filed 01/20/23   Page 5 of 6

En Octobre 2020, le GESTE avait interpellé Tim Cook à travers une lettre ouverte cosignée par 9 associations de publishers.

En 2021 et en 2022, le GESTE amplifiait son combat en déposant 2 plaintes successives contre Apple devant l'Autorité française de la concurrence. La première, datée de novembre 2021, est une plainte générique sur l'intégralité des restrictions imposées par Apple aux éditeurs (voir le CP), suivie, quelques mois plus tard, par une plainte axée uniquement sur l'ATT. Cette dernière s'ajoutait ainsi à celle du collectif IAB France, SRI, MMA et UDECAM d'ores et déjà en cours d'instruction au fond (voir le CP) et apportait ainsi un axe de vue majeur, celui des éditeurs.

La nouvelle action collective du GESTE, du Figaro et de L'Équipe, intervient cette fois devant le juge californien. Malgré la multiplication des plaintes à l'international et l'adoption de nouvelles réglementations (DMA en Europe, loi en Corée du Sud), la politique globale d'Apple a été maintenue. La firme a, de surcroît, introduit de manière unilatérale de nouvelles modifications de ses règles préjudiciables au marché. **L'action engagée vise à obtenir la réparation de préjudices financiers et des changements structurels dans les règles de l'App Store.**

« *Le GESTE et ses membres sont en effet à l'avant-garde de plusieurs initiatives et combats pour un fonctionnement plus équilibré et plus juste du monde numérique en France et en Europe. Par sa nature et son ampleur, notre action aux US montre notre détermination à obtenir de tels changements et réparations pour les éditeurs* » ont déclaré Bertrand Gié, président du GESTE et directeur du pôle news du Figaro et Emmanuel Alix, vice-président du GESTE et directeur du numérique à L'Équipe.

Cette action est le fruit d'une coopération internationale inédite ayant permis de construire des ponts solides pour parvenir à une issue efficace et percutante pour les éditeurs et le marché. En toute hypothèse, nous estimons que le préjudice qu'auraient collectivement subi les éditeurs français s'élèverait à plus d'un milliard d'euros.

« *A des problématiques générées par les mêmes règles, imposées de manière unilatérale par un même opérateur qui pilote l'App Store de manière globale et centralisée, il faut une solution globale. C'est le sens de l'association transatlantique inédite que nous avons constituée avec Steve Berman, dans le but de trouver une solution globale et ne laisser aucune place à l'impunité* » déclare Fayrouze Masmi-Dazi, conseil du GESTE, du Figaro et de L'Équipe.

Steve Berman, Managing partner de Hagens Berman déclare ainsi « *Nous sommes tout juste sortis de notre accord transactionnel durement gagné avec Apple et prêts à remonter sur le ring* » « *Notre cabinet est heureux de voir des développeurs iOS d'autres pays demander la même décision que celle que nous avons pu obtenir pour les développeurs américains. Nous pensons qu'eux aussi ont été injustement soumis aux politiques étouffantes de l'App Store d'Apple, et nous avons l'intention qu'Apple respecte la loi.* »

L'impact des décisions à venir sera global, tant sur la recevabilité que sur le fond du litige car l'action du GESTE, du Figaro et de L'Equipe ouvre pour la première fois la voie à tous les éditeurs du monde entier. Dans un premier temps, la juridiction américaine va devoir se prononcer sur la recevabilité de l'action dans un délai généralement compris entre 6 et 9 mois.

Jusqu'ici les contentieux contre Apple aux Etats-Unis étaient initiés par des entreprises ou des consommateurs, contrairement à Google qui fait l'objet de poursuites par un collectif de procureurs américains depuis plusieurs mois sur les marchés de la publicité en ligne. Par ailleurs, le département de la justice américain (DoJ) envisagerait d'engager des poursuites d'ici la fin d'année 2022. Cela marquerait un nouveau tournant dans l'approche américaine des pratiques d'Apple et un renforcement significatif de la pression sur cet opérateur pour un changement de ses règles.

Les mois à venir seront donc décisifs et riches en rebondissements, tant aux Etats-Unis qu'en France, sans compter la mise en œuvre prochaine du DMA.

Contact : laure@geste.fr, carole@geste.fr



## Accès rapide

Qui sommes-nous ?
Actualités
Mon compte
Contact

## Contact

LE GESTE
76 Rue de Richelieu
75002 PARIS
Tél. : 01 47 03 04 60

© 2021 Le Geste – Mentions Légales – Vie Privée – Cookies – Plan de Site – Politique de Confidentialité – Designed b NYX PARTNERS