| | |
|---|---|
| 1 | Steve W. Berman (*pro hac vice*) |
| 2 | Robert F. Lopez (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 |
| 4 | Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594 |
| 5 | steve@hbsslaw.com<br>robl@hbsslaw.com |
| 6 | |
| 7 | Abigail D. Pershing<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 8 | 301 N. Lake Avenue, Suite 920<br>Pasadena, CA 91101 |
| 9 | Telephone: (213) 330-7145<br>Facsimile:  (213) 330-7152 |
| 10 | abigailp@hbsslaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 17 | SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated, | No. 4:22-cv-04437-YGR<br><br>NOTICE OF CHANGE OF ADDRESS |
| | Plaintiffs, | |
| | v. | |
| | APPLE INC., a California corporation, | |
| | Defendant. | |

011083-11/2030931 V1

1    **PLEASE TAKE NOTICE THAT** effective immediately, the contact information

2    for Abigail D. Pershing will be as follows:

3            Abigail D. Pershing
        Hagens Berman Sobol Shapiro LLP
        301 N. Lake Avenue, Suite 920
        Pasadena, CA 91101
        (213) 330-7145
        abigailp@hbsslaw.com

    Please update your records for all notification and service purposes.

DATED: February 8, 2023        Respectfully submitted,

        By    */s/ Abigail D. Pershing*
              Abigail D. Pershing

Abigail D. Pershing
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7145
Facsimile:  (213) 330-7152
abigailp@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
benh@hbsslaw.com

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, le GESTE, and the Proposed Classes*

NOTICE OF CHANGE OF ADDRESS - 1
Case No. No. 4:22-cv-04437-YGR
011083-11/2030931 V1