| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | CYNTHIA E. RICHMAN (D.C. Bar No. |
| Robert F. Lopez (*pro hac vice*) | 492089; *pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | crichman@gibsondunn.com |
| 1301 Second Avenue, Suite 2000 | VICTORIA C. GRANDA (D.C. Bar No. |
| Seattle, WA 98101 | 1673034; *pro hac vice*) |
| Telephone: (206) 623-7292 | vgranda@gibsondunn.com |
| Facsimile: (206) 623-0594 | GIBSON, DUNN & CRUTCHER LLP |
| steve@hbsslaw.com | 1050 Connecticut Avenue, N.W. |
| robl@hbsslaw.com | Washington, DC 20036-5306 |
| | Telephone: 202.955.8500 |
| Ben M. Harrington (SBN 313877) | Facsimile: 202.467.0539 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 202 | DANIEL G. SWANSON (SBN 116556) |
| Berkeley, CA 94710 | dswanson@gibsondunn.com |
| Telephone: (510) 725-3000 | DANA LYNN CRAIG (SBN 251865) |
| Facsimile: (510) 725-3001 | dcraig@gibsondunn.com |
| benh@hbsslaw.com | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| *Attorneys for Plaintiffs Société du Figaro, SAS;* | Los Angeles, CA 90071-3197 |
| *L'Équipe 24/24 SAS; le GESTE; and the* | Telephone: 213.229.7000 |
| *Proposed Classes* | Facsimile: 213.229.7520 |
| | |
| [Additional counsel on signature page.] | *Attorneys for Defendant Apple Inc.* |
| | |
| | [Additional counsel on signature page.] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. 4:22-cv-04437-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[Civil L.R. 6-2]<br><br>Current Date: June 23, 2023<br>Current Time: 9:01 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS and
2  le GESTE (Plaintiffs) and Defendant Apple Inc. (Defendant) (collectively, the Parties), by and through
3  their representative counsel, hereby agree as follows:
4  WHEREAS, the originally noticed hearing date for Defendant's Motion to Dismiss Plaintiffs'
5  Amended Complaint (Motion to Dismiss) was March 14, 2023 (*see* ECF No. 61);
6  WHEREAS, on March 6, 2023, the Court continued the hearing on Defendant's Motion to
7  Dismiss to June 23, 2023 (ECF No. 70);
8  WHEREAS, lead counsel for Plaintiffs, Steve W. Berman, has a pre-existing travel conflict
9  that would prevent him from participating in the June 23, 2023 hearing (*see* Declaration of Steve W.
10 Berman in Support of Stipulation and [Proposed] Order Regarding Hearing Date for Apple Inc.'s
11 Motion To Dismiss Plaintiffs' Amended Complaint (Berman Decl.), ¶ 2);
12 WHEREAS, the Parties have conferred and are available on July 11, 2023, a date on which the
13 Court will be conducting its weekly civil law and motion calendar, with proceedings commencing at
14 2:00 p.m. (Berman Decl. ¶ 3);
15 THEREFORE, IT IS STIPULATED AND AGREED that, with the Court's assent, the June 23,
16 2023 hearing on Defendant's Motion to Dismiss shall be re-noticed to July 11, 2023 at 2:00 p.m.
17 **IT IS SO STIPULATED**.
18 DATED: April 3, 2023

| HAGENS BERMAN SOBOL SHAPIRO LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By  */s/ Steve W. Berman*<br>Steve W. Berman<br>Steve W. Berman (*pro hac vice*)<br>Robert F. Lopez (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>robl@hbsslaw.com | By  */s/ Caeli A. Higney*<br>Caeli A. Higney<br>Caeli A. Higney (SBN 268644)<br>chigney@gibsondunn.com<br>Eli M. Lazarus (SBN 284082)<br>elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

| | |
|---|---|
| Ben M. Harrington (SBN 313877)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>benh@hbsslaw.com<br><br>Abigail D. Pershing (SBN 346467)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>abigailp@hbsslaw.com<br><br>*Attorneys for Plaintiffs Société du Figaro, SAS; L'Équipe 24/24 SAS; le GESTE; and the Proposed Classes* | Cynthia E. Richman (*pro hac vice*)<br>crichman@gibsondunn.com<br>Victoria C. Granda (*pro hac vice*)<br>vgranda@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>Daniel G. Swanson (SBN 116556)<br>dswanson@gibsondunn.com<br>Dana Lynn Craig (SBN 251865)<br>dcraig@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br><br>*Attorneys for Defendant Apple Inc.* |

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


    DATED: this __ day of _____, 2023


                                                                      Hon. Yvonne Gonzalez Rogers<br>                                                                      UNITED STATES DISTRICT JUDGE

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

>  */s/ Steve W. Berman*
>  STEVE W. BERMAN