| | |
|---|---|
| 1 | Steve W. Berman (*pro hac vice*) |
| 2 | Robert F. Lopez (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 |
| 4 | Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594 |
| 5 | steve@hbsslaw.com<br>robl@hbsslaw.com |

Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
benh@hbsslaw.com

Abigail D. Pershing (SBN 346467)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
abigailp@hbsslaw.com

*Attorneys for Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS, le GESTE, and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. 4:22-cv-04437 (YGR)<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT<br><br>Hon. Yvonne Gonzalez Rogers |

I, Steve W. Berman, hereby declare as follows:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP and lead trial counsel for Plaintiffs herein. I am a member of the Washington Bar, and I have been admitted to this Court *pro hac vice* for purposes of this matter. I make this declaration based upon personal knowledge, and I am otherwise competent to testify.

2. On March 6, 2023, the Court continued the hearing on Defendant Apple Inc.'s motion to dismiss plaintiffs' amended complaint (Motion to Dismiss) from March 14, 2023, to June 23, 2023. (ECF No. 70.) Unfortunately, I have a travel conflict with the newly scheduled date (as I did on March 6, 2023).

3. Due to my scheduling conflict, we consulted Apple counsel to determine if Apple would agree to reschedule the date, pending Court approval. The Parties have now agreed to continue the hearing on Apple's Motion to Dismiss to July 11, 2023, at 2:00 p.m., if the Court will permit this change.

4. Prior to the submission of this stipulation, the following time modifications occurred in this action:

   a. On August 23, 2022, the Parties stipulated to an extension of time for Apple to respond to the complaint when this action was assigned to Judge Haywood S. Gilliam, Jr. (ECF No. 19);

   b. On September 9, 2022, after the action had been reassigned to Judge Gonzalez Rogers, the Parties refiled the stipulation for an extension of time for Apple to respond to the complaint (ECF No. 31); and

   c. On November 7, 2022, the Court approved the stipulation extending the time for Apple to respond to the complaint (ECF No. 44).

5. The Motion to Dismiss is briefed, and the requested continuance will not affect any

BERMAN DECL. ISO STIPULATION AND [PROPOSED]
ORDER RE HR'G DATE ON MOT. TO DISMISS - 1 -
Case No.: 4:22-cv-04437-YGR

1  other current deadlines.

2      I declare under penalty of perjury under the laws of the United States that the foregoing is
3  true and correct.

4      Executed this 3rd day of April, 2023, at Seattle, WA.

6                             */s/ Steve W. Berman*
                              STEVE W. BERMAN

BERMAN DECL. ISO STIPULATION AND [PROPOSED]
ORDER RE HR'G DATE ON MOT. TO DISMISS - 2 -
Case No.: 4:22-cv-04437-YGR