| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*) |
| Robert F. Lopez (*pro hac vice*) | crichman@gibsondunn.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | VICTORIA C. GRANDA (D.C. Bar No. 1673034; *pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | vgranda@gibsondunn.com |
| Seattle, WA 98101 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (206) 623-7292 | 1050 Connecticut Avenue, N.W. |
| Facsimile: (206) 623-0594 | Washington, DC 20036-5306 |
| steve@hbsslaw.com | Telephone: 202.955.8500 |
| robl@hbsslaw.com | Facsimile: 202.467.0539 |

Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
DANA LYNN CRAIG (SBN 251865)
dcraig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Plaintiffs Société du Figaro, SAS; L'Équipe 24/24 SAS; le GESTE; and the Proposed Classes*

[Additional counsel on signature page.]

*Attorneys for Defendant Apple Inc.*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | No. 4:22-cv-04437-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE FOR APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[Civil L.R. 6-2]<br><br>Current Date: June 23, 2023<br>Current Time: 9:01 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Société du Figaro, SAS, L'Équipe 24/24 SAS and
2    le GESTE (Plaintiffs) and Defendant Apple Inc. (Defendant) (collectively, the Parties), by and through
3    their representative counsel, hereby agree as follows:
4    WHEREAS, the originally noticed hearing date for Defendant's Motion to Dismiss Plaintiffs'
5    Amended Complaint (Motion to Dismiss) was March 14, 2023 (*see* ECF No. 61);
6    WHEREAS, on March 6, 2023, the Court continued the hearing on Defendant's Motion to
7    Dismiss to June 23, 2023 (ECF No. 70);
8    WHEREAS, lead counsel for Plaintiffs, Steve W. Berman, has a pre-existing travel conflict
9    that would prevent him from participating in the June 23, 2023 hearing (*see* Declaration of Steve W.
10   Berman in Support of Stipulation and [Proposed] Order Regarding Hearing Date for Apple Inc.'s
11   Motion To Dismiss Plaintiffs' Amended Complaint (Berman Decl.), ¶ 2);
12   WHEREAS, the Parties have conferred and are available on July 11, 2023, a date on which the
13   Court will be conducting its weekly civil law and motion calendar, with proceedings commencing at
14   2:00 p.m. (Berman Decl. ¶ 3);
15   THEREFORE, IT IS STIPULATED AND AGREED that, with the Court's assent, the June 23,
16   2023 hearing on Defendant's Motion to Dismiss shall be re-noticed to July 11, 2023 at ~~2:00~~2:01 p.m.

17   **IT IS SO STIPULATED**.

18   DATED: April 3, 2023

| HAGENS BERMAN SOBOL SHAPIRO LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By  */s/ Steve W. Berman*<br>     Steve W. Berman<br>Steve W. Berman (*pro hac vice*)<br>Robert F. Lopez (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>robl@hbsslaw.com | By  */s/ Caeli A. Higney*<br>     Caeli A. Higney<br>Caeli A. Higney (SBN 268644)<br>chigney@gibsondunn.com<br>Eli M. Lazarus (SBN 284082)<br>elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

| | |
|---|---|
| Ben M. Harrington (SBN 313877)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>benh@hbsslaw.com<br><br>Abigail D. Pershing (SBN 346467)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>abigailp@hbsslaw.com<br><br>*Attorneys for Plaintiffs Société du Figaro, SAS; L'Équipe 24/24 SAS; le GESTE; and the Proposed Classes* | Cynthia E. Richman (*pro hac vice*)<br>crichman@gibsondunn.com<br>Victoria C. Granda (*pro hac vice*)<br>vgranda@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>Daniel G. Swanson (SBN 116556)<br>dswanson@gibsondunn.com<br>Dana Lynn Craig (SBN 251865)<br>dcraig@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br><br>*Attorneys for Defendant Apple Inc.* |

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: this 4th day of April, 2023

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE