CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
VICTORIA C. GRANDA (D.C. Bar No. 1673034; *pro hac vice*)
vgranda@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
DANA LYNN CRAIG (SBN 251865)
dcraig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
chigney@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOCIÉTÉ DU FIGARO, SAS, a French simplified joint-stock company; L'ÉQUIPE 24/24 SAS, a French simplified joint-stock company, on behalf of themselves and all others similarly situated; and LE GESTE, a French association, on behalf of itself, its members, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 4:22-cv-04437-YGR<br><br>**APPLE INC.'S NOTICE OF ERRATA REGARDING ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:      July 11, 2023<br>Time:      2:00 p.m.<br>Place:     Courtroom 1<br>Judge:    Hon. Yvonne Gonzalez Rogers |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Apple Inc. has made corrections to certain citations that inadvertently referenced paragraph numbers in plaintiffs' original complaint in its Reply in Support of its Motion to Dismiss Plaintiffs' Amended Complaint, filed at Dkt. 68, as set forth in the Errata below. For the Court's convenience, a copy of the Reply with incorporated corrections is enclosed.

| Location | Original | Corrected |
|---|---|---|
| 1:19 | FAC ¶ 201 | FAC ¶ 211 |
| 2:16 | FAC ¶ 93 | FAC ¶ 101 |
| 2:21 | FAC ¶ 83 | FAC ¶ 91 |
| 2:22 | FAC ¶ 92 n.77 | FAC ¶ 100 n.92 |
| 3:26 | FAC ¶ 231(b) | FAC ¶ 244(d) |
| 3:28 | FAC ¶ 225-26 | FAC ¶ 237-38 |
| 4:24 | FAC ¶ 93 | FAC ¶ 101 |
| 6:3-4 | FAC ¶ 33, 42, 231(e) | FAC ¶ 36, 46, 244(f) |
| 6:5 | FAC ¶ 231(e) | FAC ¶ 244(f) |

Dated: June 14, 2023            GIBSON, DUNN & CRUTCHER LLP


                                By: /s/ Cynthia E. Richman

                                    Daniel G. Swanson
                                    Cynthia E. Richman
                                    Caeli A. Higney
                                    Dana Lynn Craig
                                    Eli M. Lazarus
                                    Victoria C. Granda



                                *Attorneys for defendant Apple Inc.*

2

NOTICE OF ERRATA REGARDING APPLE'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT
CASE NO 4:22-CV-04437-YGR