# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: July 11, 2023 | Time: 1 Hour | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-cv-04437-YGR | Case Name: Societe du Figaro v. Apple Inc. | |

**Attorney for Plaintiff:** Robert Lopez and Abigail Pershing
**Attorney for Defendant:** Cynthia Richman, Caeli Higney, Eli Lazarus, Daniel Swanson
Brendan Hughes and Megan Kennedy

**Deputy Clerk:** Edwin Cuenco        **Court Reporter:** Reported via Liberty Recorder

## PROCEEDINGS:

Initial Case Management Conference – **HELD.** Matters on the plaintiff's motion to dismiss were argued and submitted. Written Order to issue.